**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Frederick BRANCH, Defendant–**
**Appellant.**

**No. 08–50747**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Frederick Branch has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Branch has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

---

bilities herein, and the APPEAL IS DIS-MISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.